NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT.

United States District Court For The
Northern District of California

Robert Elias Ventura
Plaintiff

V.

Darrel Adams,
Defendant.

Notice of Appeal

No. CV 08 1708 SBA (PR)

Notice is hereby given that Robert Elias Ventura Plaintiff in the above named case, hereby appeal to the United States Court of Appeals For The Supreme Court of California From The Final Judgment from An Order (The Petition For Review is Denied.) See Attached Document..

Entered in This Action on The 12 day of March, 2008.

Date: March 21 2008

Respectfully Submitted
Robert Ventura

1.

Court of Appeal, Sixth Appellate District - No. H032325
S160550

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re ROBERT VENTURA on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

MAR 1 2 2008

Frederick K. Ohlrich Clerk

_____
Deputy

Moreno, J., was absent and did not participate.

GEORGE
Chief Justice

Robert Ventura V-80485
P.O. Box 3476 (4A-3R-44)
Corcoran CA 93212

STATE PRISON CORCORAN

United States District Court
For The Northern District.
U.S Courthouse
450 Golden Gate Avenue
San Francisco, CA
94102-3483

Pro Se

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

MAR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEGAL MAIL