1  Robert Elias Ventura    CDC # V-80485
2  CSP-CORCORAN  4A-3R-44
3  P.O. Box 3476         E-filing
4  CORCORAN, CA. 93212-3476



6  UNITED STATES DISTRICT COURT FOR THE NORTHERN
7  DISTRICT OF CALIFORNIA

8  Robert Elias Ventura
9  Plaintiff
10
11       V.                         No.
12  ADAMS (WARDEN)                  REQUEST FOR APPOINTMENT OF
13  Defendant                        COUNSEL AND DECLARATION OF
                                     INDIGENCY IN SUPPORT      (PR)
14

16    I, Robert Elias Ventura, DECLARE THAT I AM A PETITIONER
17 TO THE ABOVE-REFERENCED MATTER, THAT I AM INCARCERATED AT CSP-
18 CORCORAN, AND THAT I AN INDIGENT AND ILLITERATE AND UNABLE TO
19 AFFORD COUNSEL. MY TOTAL ASSETS ARE $ 00.00 AND MY INCOME IS
20 $ 00.00 PER MONTH.
21    I HEREBY REQUEST THAT COUNSEL BE APPOINTED IN THIS MATTER SO
22 THAT MY INTERESTS MAY BE PROTECTED BY THE PROFESSIONAL ASSISTANCE
23 REQUIRED. IN ADDITION, WHEN A COURT ISSUES AN ORDER TO SHOW CAUSE,
24 COUNSEL MUST BE APPOINTED FOR AN INDIGENT PETITIONER WHO REQUEST
25 COUNSEL. (18 U.S.C. § 3006 A.(9).) IF AN EVIDENTIARY HEARING IS ORDERED,
26 THIS DISCRETIONARY POWER BECOMES A MANDATORY RULE FOR APPOINTMENT.
27 (FEDERAL HABEAS RULE 8 (c).) GENERAL COUNSEL SHOULD BE APPOINTED
28 WHERE "FUNDAMENTAL FAIRNESS" REQUIRES IT. (see SCHULTZ V. WAINWR

IGHT (11th Cir. 1983) 701 F.2d 900, 901; KUAUBERT V. GOLDSMITH (9th Cir. 1986) 791 F.2d 722, 728-730; WILLIAMS V. MISSOURI (8th Cir. 1981) 640 F.2d 140, 144, cert. den. 451 U.S. 990; see WIKES, § 8-41.)

FEDERAL JUDGES ALSO HAVE THE DISCRETION TO APPOINT COUNSEL IN OTHER CIRCUMSTANCES IF IT IS IN THE INTERESTS OF JUSTICE; COURTS MAKING SUCH A DETERMINATION WILL CONSIDER THE STRENGTH OF THE ISSUES, THE PETITIONER'S ABILITY TO ARTICULATE THE CLAIMS AND THE COMPLEXITY OF THE CASE. (18 U.S.C. § 3006A, 28 U.S.C. §§ 1915(d), 2254(h); Federal Rules of Habeas Corpus, rule 8(c); BASHOR V. RISLEY (9th Cir. 1984) 730 F.2d 1228.)

IN CERTAIN EXCEPTIONAL CIRCUMSTANCES, THE COURT MAY REQUEST THE VOLUNTARY ASSISTANCE OF COUNSEL PURSUANT TO 28 U.S.C. § 1915(e)(1). TERREL V. BREWER, 935 F.2d 1015, 1017 (9th Cir. 1991). [ A FINDING OF EXCEPTIONAL CIRCUMSTANCE REQUIRES AN EVALUATION OF BOTH THE LIKELIHOOD OF THE PETITIONER TO ARTICULATE HIS CLAIMS PRO SE IN LIGHT OF THE COMPLEXITY OF THE LEGAL ISSUES INVOLVED; NEITHER OF THESE FACTORS IS DISPOSITIVE AND BOTH MUST BE VIEWED TOGETHER BEFORE REACHING A DECISION. WILBORN V. ESCALDERON, 789 F.2d 1328 AT 1331 (9th Cir. 1986) TERREL DEMONSTRATED SUFFICIENT WRITING ABILITY AND LEGAL KNOWLEDGE TO ARTICULATE HIS CLAIM.]; WOOD V. HOUSEWRIGHT, 900 F.2d 1332, 1335-36 (9th Cir. 1990) [[10] COUNSEL SHOULD ONLY BE APPOINTED IN EXCEPTIONAL CIRCUMSTANCE, BASED ON SUCH FACTORS AS THE LIKELIHOOD OF SUCCESS ON THE MERITS AND THE ABILITY OF THE PETITIONER TO ARTICULATE HIS CLAIMS IN LIGHT OF THEIR COMPLEXITY WILBORN V. ESCALDERON, 789 F.2d 1328 AT 1331 (9th Cir. 1986). THE INSTANCES THAT WOOD CLAIMS INDICATE THE PRESENCE OF THESE FACTORS ARE DIFFICULTIES WHICH ANY LITIGANT WOULD HAVE IN PROCEEDING PRO SE; THEY DO NOT INDICATE EXCEPTIONAL FACTORS. AFFIRMED.]

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION WAS EXECUTED ON

Date: MARCH 21, 2008

RESPECTFULLY SUBMITTED

*Robert Ventura*

PETITIONER

# AFFIDAVIT

I, ROBERT Elias Ventura, DECLARE AND STATE AS FOLLOWS:

1.) I AM THE PETITIONER IN A 28 U.S.C. 2254 A PETITION FOR WRIT OF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT.

2.) I AM AN INDIGENT INMATE AND UNABLE TO AFFORD COUNSEL.

3.) THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX AND HARD FOR ME TO COMPREHEND AND UNDERSTAND THE CASE AT ISSUE.

4.) THE PETITIONER IS AN ILLITERATE WITH A 3.5. READING LEVEL AND DOES NOT UNDERSTAND NOR COMPREHEND THE LAW.

5.) THE PETITIONER WONT BECOME LITERATE AND LEARN ANY MINIMAL LAW WITHIN THE AMOUNT OF TIME IT TAKES TO PROCESS THIS 28 U.S.C. 2254 PETITIONER FOR WRIT OF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT.

6.) THE PETITIONER IS DENIED ANY TYPE OF EDUCATIONAL MATERIAL'S AND EDUCATIONAL OPPORTUNITY TO LEARN ANY TYPE OF LAW.

7.) THE PETITIONER'S FRIEND AN INMATE WHO NO LONGER RESIDES AT CSP-CORCORAN ASSISTED PETITIONER TO WRITE BOTH THE 28 U.S.C. 2254 PETITION FOR WRIT OF HABEAS CORPUS IN THE UNITED STATES DISTRICT COURT AND THIS AFFIDAVIT.

8.) PETITIONER HAS NO ASSISTANCE IN LAW AND WITHOUT HIS FRIEND PETITIONER HAS NO ASSISTANCE IN LAW.

I, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON: MARCH, 21 2008

RESPECFULLY SUBMITTED

*Robert Ventura*

PETITIONER

(4)

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. 1746)

I, **Robert Elias Ventura V-80485**, declare that I am over 18 years of age and a party to this action. I am a resident of: **C.S.P. 4A-3R-44 California State Prison**, in the County of: **Corcoran**, State of California. My prison address is: **P.O. Box 3476 Corcoran, CA 93212-3476**.

On **March 21**, 20**08**, I served the attached: **Application to Proceed In Forma Paupis**
(Describe Document)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named Correctional Institution in which I am presently confined. The envelope is addressed as follows:

**United States District Court For The Northern District - U.S. (Court House) 450 Golden Gate Avenue San Francisco, CA 94102-3483**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 21, 2008**
(Date)

*Robert Ventura*
(Declarant's Signature)