E-filing

Form 4.    Affidavit Accompanying Motion for Permission to Appeal In Forma Pauperis

**FILED**

MAR 28 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

United States District Court for **Northern** District of **California**

**Robert Elias Ventura**
A.B., Plaintiff

CV 08 1708

v.                                    Case No.: _____

C.D., Defendant

**Darral Adams**

**SBA**

**(PR)**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.)<br><br>Signed:  | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: **3-21-08** |

My issues on appeal are: **I need Legal Counsel; To Fight the illegal enhancements, and Breach of Contract;**

(e)    For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| Income Source | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child Support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify) _____ | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| Gay Lord Cont. | ? Milpitas CA. | 2003 | $ 1,800 |
|  |  |  |  |
|  |  |  |  |

3. List your spouse's employment history, most recent employer first.
   *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount You Have | Amount Your Spouse Has |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
|  |  |  |  |
|  |  |  |  |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishing.

| Home | Value | Other real estate | Value |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
|  |  |  |  |
|  |  |  |  |

| Motor Vehicle 1 | Value | Make & Year | Model | Registration # |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | 0 |
| Motor Vehicle 2 | Value | Make & Year | Model | Registration # |
| N/A | N/A | N/A | N/A | N/A |

| Other Assets | Value |
|---|---|
| -0- | -0- |
| | |
| | |

6. State every person, business, or organization owing you of your spouse money, and the amount owed.

| Person owing you or your spouse | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| -0- | -0- | -0- |
| | | |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| -0- | -0- | -0- |
| | | |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly are.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>• Are real estate taxes included? Yes / No<br>• Is property insurance included? Yes / No | $ -0- | $ -0- |
| Utilities (electricity, heating fuel, water, sewer and telephone) | -0- | -0- |
| Home maintenance (repairs & upkeep) | -0- | -0- |
| Food | -0- | -0- |
| Clothing | -0- | -0- |
| Laundry and dry-cleaning | -0- | -0- |
| Medical and dental expenses | -0- | -0- |
| Transportation (not including motor vehicle payments) | -0- | -0- |
| Recreation, entertainment, newspapers, magazines, etc. | -0- | -0- |

| | | |
|---|---|---|
| Insurance (not deducted from wages or included in Mortgage payments)<br>• Homeowner's or renter's<br>• Life<br>• Health<br>• Motor Vehicle<br>• Other:<br>    NONE    0    N/A | | |
| Taxes (not deducted from wages or included in Mortgage payments)<br>(Specify:<br>    NONE    0    N/A  ) | | |
| Installment payments<br>• Motor Vehicle<br>• Credit card (name):<br>• Department Store (name):<br>• Other:<br>    NONE    0    N/A | | |
| Alimony, maintenance, and support paid to others | | |
| Regular expenses for operation of business, profession, or farm (attache detailed statement)    NONE    N/A | | |
| Other (specify): | | |
| **Total Monthly Expenses:** | 0 | 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    _____ Yes     \_\_X\_\_ No

If yes, describe on an attached sheet.

10. Have you paid – or will you be paying – an attorney any money for services in connection with this case, including the completion of this form?

    _____ Yes     \_\_X\_\_ No

If yes, how much? $    0    N/A
If yes, state the attorney's name, address, and telephone number.

_____

_____N/A_____

11. Have you paid – or will you be paying – anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

   _____ Yes    \_\_X\_\_ No

   If yes, how much? $ _____ N/A  0_____

   If yes, state the person's name, address, and telephone number.

   _____ N/A _____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

   Petitioner is a Prisoner, at California Corcoran State Prison, And indigent, And ignorant of The Law And Need Assistance.

13. State the address of your legal residence. Robert Ventura V-80485
   C.S.P. 4A-3R-44
   P.O. Box 3476
   Corcoran CA. 93212-3476

Your daytime phone number: (\_\_\_\_) 0_____

Your age: 42    Your years of schooling: 6 grade
Your social security number: 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

```
REPORT ID: TS3030 .701                              REPORT DATE: 02/01/08
                                                    PAGE NO:       1
                  CALIFORNIA DEPARTMENT OF CORRECTIONS
                     CALIF. STATE PRISON CORCORAN
                     INMATE TRUST ACCOUNTING SYSTEM
                     INMATE TRUST ACCOUNT STATEMENT


             FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 01, 2008

ACCOUNT NUMBER : V80485                BED/CELL NUMBER: 4A3L0000000003L
ACCOUNT NAME   : VENTURA, ROBERT ELIAS    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                         TRUST ACCOUNT ACTIVITY

  << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                         CURRENT HOLDS IN EFFECT
    DATE       HOLD
    PLACED     CODE       DESCRIPTION          COMMENT        HOLD AMOUNT
    ----------  ----  ----------------------   ----------     -----------
    12/26/2007  H107  POSTAGE HOLD             2266 12 18            4.60
    01/16/2008  H109  LEGAL POSTAGE HOLD       2549/01-11            1.31
    01/17/2008  H118  LEGAL COPIES HOLD        2565/01-15           46.35
    01/23/2008  H109  LEGAL POSTAGE HOLD       2640/01-17            1.31
    01/23/2008  H109  LEGAL POSTAGE HOLD       2640/01-15            6.65
    01/23/2008  H109  LEGAL POSTAGE HOLD       2640/01-17            1.14
    01/29/2008  H118  LEGAL COPIES HOLD        2729/01-24            2.90
    01/29/2008  H109  LEGAL POSTAGE HOLD       2728/01-24            2.83
    02/01/2008  H118  LEGAL COPIES HOLD        2783/01-31          147.75

                         TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
    BALANCE     DEPOSITS   WITHDRAWALS    BALANCE     BALANCE     TO BE POSTED
   ---------   ---------   -----------   ---------   ---------   ------------
        0.00        0.00          0.00        0.00      214.84          0.00

                                                      CURRENT
                                                     AVAILABLE
                                                      BALANCE
                                                     ---------
                                                       214.84-
```

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. 1746)

I, ROBERT ELIAS Ventura V-80485, declare that I am over 18 years of age and a party to this action. I am a resident of: 4A-3R-44 CORCORAN State PRISON, in the County of: CORCORAN, State of California. My prison address is: P.O. Box 3476 CORCORAN CAL. 93212-3476

On MARCH 21, 2008, I served the attached: Notice of Appeal; Request for Appointment of Counsel, and Declaration Indigency
(Describe Document)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named Correctional Institution in which I am presently confined. The envelope is addressed as follows:

United States District Court for the Northern District. U.S. Court House
450 Golden Gate Avenue
San Francisco, CA 94102-3483

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on MARCH 21, 2008
(Date)

_Robt Ventura_
(Declarant's Signature)