FILED
08 APR 23 PM 1:09
E-filing RICHARD W. WIEKING
U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Elias Ventura  Plaintiff,

vs.

Darrel Adams (Warden)

Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

SBA

(PR)

I, Robert Elias Ventura, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____0____  Net: ____0____

Employer: ____N/A____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  __SmurFit Stone ConTAiner 201 S. HillView Dr MilPitas CAl.__
5  __95035 ... Date MAY 25, 2004  $1,600  Gross__
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

  a.  Business, Profession or               Yes ___  No _X_
      self employment

  b.  Income from stocks, bonds,            Yes ___  No _X_
      or royalties?

  c.  Rent payments?                        Yes ___  No _X_

  d.  Pensions, annuities, or               Yes ___  No _X_
      life insurance payments?

  e.  Federal or State welfare payments,    Yes ___  No _X_
      Social Security or other govern-
      ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N/A _____
22  _____

23  3.  Are you married?                    Yes ___  No _X_
24  Spouse's Full Name: _____ N/A _____
25  Spouse's Place of Employment: ___ N/A ___
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ 0 _____   Net $_____ 0 _____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support.  (NOTE:
3      For minor children, list only their initials and ages.  DO NOT INCLUDE
4      THEIR NAMES.).
5  _____N/A_____
6  _____

7  5.  Do you own or are you buying a home?    Yes ____ No _X_
8  Estimated Market Value: $___0___ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                Yes ____ No ____
10 Make __N/A__ Year __N/A__ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $ ___0___
12 Monthly Payment: $ ___0___
13 7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____N/A_____
15 _____
16 Present balance(s): $ _____N/A_____
17 Do you own any cash? Yes ____ No _X_ Amount: $ ___0___
18 Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ____ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ___0___          Utilities: __N/A__
23 Food: $ ___0___          Clothing: __N/A__
24 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| 25 | | |
| 26 N/A | $ 0 | $ 0 |
| 27 _____ | $ 0 | $ 0 |
| 28 _____ | $ ___ | $ ___ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

CALIFORNIA Department OF Correction

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

 

 

     I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

     I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

4-18-2008                                  Robert Ventura
DATE                                       SIGNATURE OF APPLICANT

1
2                                            Case Number: __CV 08 1708__
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                           **IN**
10                              **PRISONER'S ACCOUNT**
11
12     I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of __Ventura__ for the last six months
                                       [prisoner name]
14 __Corcoran__ where (s)he is confined.
       [name of institution]
15     I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ __0__ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $ __0__ .
18
19 Dated: __4-15-08__                      _____
                                            [Authorized Officer of the institution]
20

- 5 -

```
REPORT ID: TS3030  .701                         REPORT DATE: 04/10/08
                                                PAGE NO:        1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                       CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 10, 2007 THRU APR. 10, 2008


ACCOUNT NUMBER : V80485           BED/CELL NUMBER: 4A3L0000000041L
ACCOUNT NAME   : VENTURA, ROBERT ELIAS    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                           TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION   COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
----- ---- ------------- -------- --------- ---------- ----------- ---------

10/10/2007  BEGINNING BALANCE                                          0.00

  ACTIVITY FOR 2008
02/25*DD30 CASH DEPOSIT   3077 18132         9.00                      9.00
03/03 W512 LEGAL POSTAGE  3161 02 25                        2.32       6.68
03/11 W502 POSTAGE CHARG  3339 FED-X                        4.60       2.08
03/20 W512 LEGAL POSTAGE  3490 02 25                        2.08       0.00


                        CURRENT HOLDS IN EFFECT

  DATE       HOLD
  PLACED     CODE       DESCRIPTION          COMMENT       HOLD AMOUNT
---------    ----    ----------------------  ----------    -----------

03/17/2008   H109    LEGAL POSTAGE HOLD      3417 03 13        2.50
03/20/2008   H109    LEGAL POSTAGE HOLD      3478 03 17        1.81
03/20/2008   H118    LEGAL COPIES  HOLD      3480 03 17       15.30
03/26/2008   H109    LEGAL POSTAGE HOLD      3599 03 24        1.31
03/26/2008   H118    LEGAL COPIES  HOLD      3601 03 24        5.55
03/26/2008   H118    LEGAL COPIES  HOLD      3601 03 24        2.60


                     * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/11/05            CASE NUMBER: CC455119
COUNTY CODE: SCL                    FINE AMOUNT: $  4,000.00


   DATE      TRANS.   DESCRIPTION              TRANS. AMT.   BALANCE
 --------    ------   -----------------------  -----------  ---------

10/10/2007   BEGINNING BALANCE                               3,932.00

02/25/08    DR30     REST DED-CASH DEPOSIT         10.00-    3,922.00
```

```
REPORT ID: TS3030  .701                           REPORT DATE: 04/10/08
                                                  PAGE NO:        2

                    CALIF. STATE PRISON CORCORAN
                    INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: OCT. 10, 2007 THRU APR. 10, 2008

ACCT: V80485      ACCT NAME: VENTURA, ROBERT ELIAS      ACCT TYPE: I

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                         TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL       TOTAL       CURRENT      HOLDS      TRANSACTIONS
BALANCE       DEPOSITS    WITHDRAWALS BALANCE      BALANCE    TO BE POSTED
---------     --------    ----------- -------      -------    ------------
   0.00         9.00         9.00       0.00        29.07         0.00


                                                  CURRENT
                                                  AVAILABLE
                                                  BALANCE
                                                  ---------
                                                     29.07-
```

# 30

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Robert Elias Ventura V-80485, declare:

I am over 18 years of age and a party to this action. I am a resident of Corcoran State Prison, in the county of Corcoran, State of California. My prison address is: CSP. SHU 4A-3L-41 P.O. Box 3476 Corcoran CA 93212.

On April 18 2008
(DATE)

I served the attached: Application to Proceed in Forma Pauperis.

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

U.S. District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco CA 94102-9680

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 4-8-2008
(DATE)

(DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

-9-

::ODMA\PCDOCS\WORDPERFECT\22521\1

