FROM: Robert Elias Ventura V-80485
P.o. Box 3476    4A-3L-58L
Corcoran, CA 93212

FILED

08 APR 24 PM 12: 56

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

9
10
11          Robert Elias Ventura    Plaintiff,          )
                                                         )       CASE NO. __CV 08 1708 SBA__
12          vs.                                          )
                                                         )       **PRISONER'S**
13          Darrel Adams  (Warden)                       )       **APPLICATION TO PROCEED**
                                                         )       **IN FORMA PAUPERIS**
14                                  Defendant.           )
                                                         )
15

16          I, __Robert Elias Ventura__, declare, under penalty of perjury that I am the

17   plaintiff in the above entitled case and that the information I offer throughout this application

18   is true and correct.  I offer this application in support of my request to proceed without being

19   required to prepay the full amount of fees, costs or give security.  I state that because of my

20   poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21   entitled to relief.

22          In support of this application, I provide the following information:

23   1.     Are you presently employed?  Yes ___  No ✓

24   If your answer is "yes," state both your gross and net salary or wages per month, and give the

25   name and address of your employer:

26   Gross: _____0_____  Net: _____0_____

27   Employer: _____N/A_____

28   _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.   (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  Smurfit Stone Container  201 S. Hillview Dr. Milpitas Cal.

5  95035.             May 25, 2004,  $ 1,600  Net.

6  _____

7  2.       Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9       a.       Business, Profession or                Yes ___ No X

10              self employment

11      b.       Income from stocks, bonds,             Yes ___ No X

12              or royalties?

13      c.       Rent payments?                         Yes ___ No X

14      d.       Pensions, annuities, or                Yes ___ No X

15              life insurance payments?

16      e.       Federal or State welfare payments,     Yes ___ No X

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ N/A _____

22  _____

23  3.       Are you married?                           Yes ___ No X

24  Spouse's Full Name: _____ N/A _____

25  Spouse's Place of Employment: _____ N/A _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ 0 _____  Net $_____ 0 _____

28  4.       a.       List amount you contribute to your spouse's support:$ _____ 0 _____

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____ - 2 -

1     b.    List the persons other than your spouse who are dependent upon you for

2  support and indicate how much you contribute toward their support. (NOTE:

3  For minor children, list only their initials and ages.  DO NOT INCLUDE

4  THEIR NAMES.).

5  _____ N/A _____

6  _____

7  5.    Do you own or are you buying a home?    Yes ___ No X

8  Estimated Market Value: $___0___ Amount of Mortgage: $___0___

9  6.    Do you own an automobile?    Yes ___ No X

10  Make ___N/A___ Year ___N/A___ Model _____

11  Is it financed? Yes _____ No _____ If so, Total due: $ ___0___

12  Monthly Payment: $ ___N/A___

13  7.    Do you have a bank account?  Yes ____ No X (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____N/A_____

15  _____

16  Present balance(s):  $ _____N/A_____

17  Do you own any cash?  Yes ___ No X Amount: $ ___0___

18  Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19  market value.)  Yes ___ No X

20  _____

21  8.    What are your monthly expenses?

22  Rent: $ ___0___ Utilities: ___N/A___

23  Food: $ ___0___ Clothing: ___N/A___

24  Charge Accounts:

25  

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| N/A | $ 0 | $ 0 |
|  | $ 0 | $ 0 |
|  | $ | $ |

1    9.    Do you have any other debts?  (List current obligations, indicating amounts and to

2    whom they are payable.  Do not include account numbers.)

3    CALiFoRNia DePaRTMenT of CoRRection ,   3,000

4    intoRNAL RevLnue SoRuice        $ 5,000

5

6    10.    Does the complaint which you are seeking to file raise claims that have been presented

7    in other lawsuits?   Yes ___ No  X

8    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

9    which they were filed.

10    _____

11    _____

12        I consent to prison officials withdrawing from my trust account and paying to the court

13    the initial partial filing fee and all installment payments required by the court.

14        I declare under the penalty of perjury that the foregoing is true and correct and

15    understand that a false statement herein may result in the dismissal of my claims.

16

17    _____        _____
      DATE                    SIGNATURE OF APPLICANT

18

19                                    Case Number: ___CV 08 1708___

20

21

22

23

24

25

26

27

28

- 4 -

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Robert Ventura   V-60485** for the last six months at

[prisoner name]

**CSP- Corcoran** _____ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **1.50** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **-0-**.

Dated: **4-10-08**                         **Dulce Fernandez   A.C.I**
                                   [Authorized officer of the institution]

-5-

```
REPORT ID: TS3030  .701                        REPORT DATE: 04/10/08
                                                  PAGE NO:        1

                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF. STATE PRISON CORCORAN
                       INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT


              FOR THE PERIOD: OCT. 01, 2007 THRU APR. 10, 2008


  ACCOUNT NUMBER : V80485              BED/CELL NUMBER: 4A3L0000000041L
  ACCOUNT NAME   : VENTURA, ROBERT ELIAS    ACCOUNT TYPE: I
  PRIVILEGE GROUP: D
                          TRUST ACCOUNT ACTIVITY

       TRAN
  DATE  CODE  DESCRIPTION   COMMENT  CHECK NUM  DEPOSITS  WITHDRAWALS  BALANCE
  ----- ----  ------------  -------- ---------  --------  -----------  -------

  10/01/2007  BEGINNING BALANCE                                           9.00

  10/01 FC06 DRAW-FAC 6    1179/4A1DR                          9.00       0.00
    ACTIVITY FOR 2008
  02/25*DD30 CASH DEPOSIT  3077 18132           9.00                      9.00
  03/03 W512 LEGAL POSTAGE 3161 02 25                          2.32       6.68
  03/11 W502 POSTAGE CHARG 3339 FED-X                          4.60       2.08
  03/20 W512 LEGAL POSTAGE 3490 02 25                          2.08       0.00



                       CURRENT HOLDS IN EFFECT

    DATE      HOLD
   PLACED     CODE        DESCRIPTION          COMMENT    HOLD AMOUNT
  ----------  ----  ------------------------  ---------  -----------

  03/17/2008  H109  LEGAL POSTAGE HOLD        3417 03 13        2.50
  03/20/2008  H109  LEGAL POSTAGE HOLD        3478 03 17        1.81
  03/20/2008  H118  LEGAL COPIES HOLD         3480 03 17       15.30
  03/26/2008  H109  LEGAL POSTAGE HOLD        3599 03 24        1.31
  03/26/2008  H118  LEGAL COPIES HOLD         3601 03 24        5.55
  03/26/2008  H118  LEGAL COPIES HOLD         3601 03 24        2.60



                   * RESTITUTION ACCOUNT ACTIVITY

  DATE SENTENCED: 05/11/05         CASE NUMBER: CC455119
  COUNTY CODE: SCL                 FINE AMOUNT: $  4,000.00


    DATE     TRANS.  DESCRIPTION              TRANS. AMT.   BALANCE
  --------   ------  ---------------------    -----------  ---------

  10/01/2007  BEGINNING BALANCE                             3,932.00

  02/25/08  DR30    REST DED-CASH DEPOSIT       10.00-      3,922.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____ A.C.II
COURT OFFICE

REPORT ID: TS3030  .701                                      REPORT DATE: 04/10/08
                                                                PAGE NO:        2

                        CALIF. STATE PRISON CORCORAN
                        INMATE TRUST ACCOUNT STATEMENT


                FOR THE PERIOD: OCT. 01, 2007 THRU APR. 10, 2008

ACCT: V80485      ACCT NAME: VENTURA, ROBERT ELIAS        ACCT TYPE: I


    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *



                        TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 9.00 | 9.00 | 18.00 | 0.00 | 29.07 | 0.00 |

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                 --------------
                                                      29.07-
                                                 --------------
                                                 --------------

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4-10-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Oulu Fernandez A.C. A_
TRUST OFFICE





US POSTAGE
$00.340
04/22/2008
Mailed From 93212

Hasler

Robert Ventura
P.O. Box 3476
Corcoran CA 93

United States District.
U. S. Court House
450 Golden Gate Avenue
San Francisco, CA 94102-3483