**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT ELIAS VENTURA,

    Petitioner,

  v.

DARREL ADAMS, Warden,

    Respondent.
                                 /

No. C 08-01708 SBA (PR)

**ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION**

      Before the Court is Petitioner's motion for reconsideration of the Court's Order denying appointment of counsel.

      Rule 60(b) provides for reconsideration only upon a showing of: (1) mistake, inadvertence, surprise or excusable neglect; (2) newly discovered evidence which by due diligence could not have been discovered before the court's decision; (3) fraud by the adverse party; (4) a void judgment; (5) a satisfied or discharged judgment; or (6) any other reason justifying relief. See Fed. R. Civ. P. 60(b). Subparagraph (6) requires a showing that the grounds justifying relief are extraordinary. Mere dissatisfaction with the Court's order, or belief that the Court is wrong in its decision, are not grounds for relief under subparagraph (6) or any other provision of Rule 60(b). "'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'"

1  Pyramid Lake Paiute Tribe of Indians v. Hodel, 882 F.2d 364, 369 n.5 (9th Cir. 1989) (quoting
2  United States v. Desert Gold Mining Co., 433 F.2d 713, 715 (9th Cir. 1970)).
3      Petitioner presents no grounds that warrant reconsideration.  As explained in the Court's
4  Order denying appointment of counsel, the Sixth Amendment's right to counsel does not apply in
5  habeas corpus actions.  Knaubert v. Goldsmith, 791 F.2d 722, 728 (9th Cir. 1986).  The decision to
6  appoint counsel is within the discretion of the district court.  See Chaney v. Lewis, 801 F.2d 1191,
7  1196 (9th Cir. 1986), cert. denied, 481 U.S. 1023 (1987).  While 18 U.S.C. § 3006A(a)(2)(B)
8  authorizes a district court to appoint counsel to represent a habeas petitioner if "the court determines
9  that the interests of justice so require," the courts have made appointment of counsel the exception
10 rather than the rule.  Appointment is mandatory only when the circumstances of a particular case
11 indicate that appointed counsel is necessary to prevent due process violations, see Chaney, 801 F.2d
12 at 1196; Eskridge v. Rhay, 345 F.2d 778, 782 (9th Cir. 1965), cert. denied, 382 U.S. 996 (1966), and
13 whenever an evidentiary hearing is required, see Rule 8(c) of the Rules Governing Section 2254
14 Cases; United States v. Duarte-Higareda, 68 F.3d 369, 370 (9th Cir. 1995); Bashor, 730 F.2d at
15 1234.  At this early stage of the proceedings the Court is unable to determine whether the
16 appointment of counsel is mandated for Petitioner.  Accordingly, Petitioner's motion for
17 reconsideration is DENIED because appointment of counsel is not necessary at this time.
18     This Order terminates Docket no. 10.
19     IT IS SO ORDERED.
20
21 Dated: 7/17/08      _____
    SAUNDRA BROWN ARMSTRONG
    UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Ventura1708.ReconDeny2Atty.frm

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. VENTURA,

        Plaintiff,

v.

DARREL ADAMS et al,

        Defendant.

Case Number: CV08-01708 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Elias Ventura V-80485
CSP - Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212-3476

Dated: July 17, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Ventura1708.ReconDeny3Atty.frm