1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. VENTURA,

　　　　　　Petitioner,

　　v.

DARREL ADAMS, Warden,

　　　　　　Respondent.
_____/

No. C 08-01708 SBA (PR)

**ORDER TO SHOW CAUSE AND**
**ADDRESSING PENDING MOTION**

(Docket no. 12)

　　　Petitioner, a state prisoner, has filed this petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254.  He has paid the $5.00 filing fee.  On May 7, 2008, Petitioner filed an amended

petition.  It does not appear from the face of the amended petition that it is without merit.  Good

cause appearing, the Court hereby issues the following orders:

　　　1.　　The Clerk of the Court shall serve a copy of this Order and the amended petition

(docket no. 7) and all attachments thereto upon Respondent and Respondent's attorney, the Attorney

General of the State of California.  The Clerk shall also serve a copy of this Order on Petitioner at

his current address.

　　　2.　　Respondent shall file with this Court and serve upon Petitioner, within **one-hundred**

**and twenty (120) days** of the issuance of this Order, an Answer conforming in all respects to Rule 5

of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not

be issued.  Respondent shall file with the Answer a copy of all portions of the relevant state records

**United States District Court**
For the Northern District of California

1   that have been transcribed previously and that are relevant to a determination of the issues presented

2   by the petition.

3          3.      If Petitioner wishes to respond to the Answer, he shall do so by filing a Traverse with

4   the Court and serving it on Respondent within **sixty (60) days** of his receipt of the Answer.  Should

5   Petitioner fail to do so, the petition will be deemed submitted and ready for decision **sixty (60) days**

6   after the date Petitioner is served with Respondent's Answer.

7          4.      Respondent may file a motion to dismiss on procedural grounds in lieu of an Answer,

8   as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases.

9   If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an

10  opposition or statement of non-opposition to the motion within **sixty (60) days** of receipt of the

11  motion, and Respondent shall file with the Court and serve on Petitioner a reply within **fifteen (15)**

12  **days** of receipt of any opposition.

13         5.      It is Petitioner's responsibility to prosecute this case.  Petitioner must keep the Court

14  and Respondent informed of any change of address and must comply with the Court's orders in a

15  timely fashion.  Petitioner must also serve on Respondent's counsel all communications with the

16  Court by mailing a true copy of the document to Respondent's counsel.

17         6.      Extensions of time are not favored, though reasonable extensions will be granted.

18  Any motion for an extension of time must be filed no later than **ten (10) days** prior to the deadline

19  sought to be extended.

20         7.      Petitioner's motion for state court transcripts (docket no. 12) is DENIED.  Instead, on

21  the date Respondent files an Answer with the Court and serves a copy to Petitioner, Respondent is

22  directed to send Petitioner a copy of the requested state court transcripts, which the Court assumes

23  will be lodged as exhibits to the Answer.

24         8.      This Order terminates Docket no. 12.

25         IT IS SO ORDERED.

26  DATED: 1/13/09 _____        _____
                                                SAUNDRA BROWN ARMSTRONG
27                                              United States District Judge

28

1  UNITED STATES DISTRICT COURT

2  FOR THE

3  NORTHERN DISTRICT OF CALIFORNIA

4

5

6  ROBERT E. VENTURA,                          Case Number: CV08-01708 SBA

7          Plaintiff,                          **CERTIFICATE OF SERVICE**

8     v.

9  DARREL ADAMS et al,

10         Defendant.
   _____/

11

12 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
   Court, Northern District of California.

13
   That on January 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
14 copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
15 located in the Clerk's office.

16

17
   Robert Elias Ventura V-80485
18 CSP - Corcoran State Prison
   P.O. Box 3476
19 Corcoran, CA 93212-3476

20 Dated: January 13, 2009

21                                  Richard W. Wieking, Clerk
                                    By: LISA R CLARK, Deputy Clerk

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Ventura1708.OSC.wpd   3