IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT E. VENTURA,

    Petitioner,

  v.

DARREL ADAMS, Warden,

    Respondent.
                               /

No. C 08-01708 SBA (PR)

**ORDER DIRECTING RESPONDENT TO FILE REPLY**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file a answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. In lieu of filing an answer, Respondent filed a motion to dismiss on March 6, 2009. On May 6, 2009, Petitioner filed an opposition. Respondent's reply was due on May 22, 2009. To date, Respondent has not filed a reply to Petitioner's opposition to the motion to dismiss.

    Petitioner has raised issues in his opposition that were not addressed in Respondent's motion to dismiss, and the Court requires a reply from Respondent. Accordingly, Respondent is ordered to file a reply within **fifteen (15) days** from the date of this Order, unless he wishes to withdraw the motion.

    IT IS SO ORDERED.

DATED: 6/10/09

                                                             _Saundra B Armstrong_
                                                             SAUNDRA BROWN ARMSTRONG
                                                             United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT E. VENTURA, | Case Number: CV08-01708 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DARREL ADAMS et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 15, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Elias Ventura V-80485
CSP - Corcoran State Prison
P.O. Box 3476
Corcoran, CA 93212-3476

Dated: June 15, 2009

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Ventura1708.EOT-ReplyMTD.wpd        2